IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

AP, by and through her Next Friend
ANGELA VEACH,

       Plaintiff,

v.

       Case No. 4:15-cv-00331-REL

BLUE SPRINGS SCHOOL DISTRICT,
DOUGLAS NIELSON,
SETH SHIPPY,

       Defendants.

## ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

COMES NOW Steven F. Coronado of the law firm of CORONADO KATZ LLC, and hereby enters his appearance as lead counsel and attorney of record on behalf of Defendants Blue Springs School District, Douglas Nielsen and Seth Shippy in the above-entitled case.

Respectfully submitted,

**CORONADO KATZ LLC**

/s/ Steven F. Coronado
_____
Steven F. Coronado     MO 36392
Merry M. Tucker     MO 51373
14 West Third Street, Suite 200
Kansas City, Missouri 64105
Telephone: (816) 410-6600
Facsimile: (816) 337-3892
E-mail: steve@coronadokatz.com
           maggie@coronadokatz.com

ATTORNEYS FOR DEFENDANTS BLUE
SPRINGS SCHOOL DISTRICT, DOUGLAS
NIELSEN AND SETH SHIPPY

1

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing was filed via the ECF Filing system causing a service copy to be sent on May 4, 2015 to:

Niclole Fisher  MO 59341
Larry Wright  MO 55246
Wright & Fisher, LLC
1000 Broadway Blvd, 4th Floor
Kansas City, Missouri 64105
Phone: (816) 471-7008
Fax: (816) 471-1701
nicole@wrightandfisher.com
Attorneys for Plaintiffs

               /s/ Steven F. Coronado
               Attorney for Defendants