IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AP by and through her Next Friend ANGELA VEACH, | |
| Plaintiff, | Case No. 4:15-CV-00331-RK |
| v. | |
| BLUE SPRINGS SCHOOL DISTRICT, ET. AL., | |
| Defendants. | |

## DISMISSAL WITH PREJUDICE AS TO DEFENDANT DOUGLAS NIELSEN

COMES NOW Plaintiff AP, by and through her Next Friend Angela Veach and her counsel of record, and hereby dismisses her action with prejudice against Defendant Douglas Nielsen in the above-captioned matter, with each party to bear their own costs and expenses.

Respectfully submitted,

Brown & Curry, LLC

*/s/ Sarah A. Brown*
SARAH BROWN, #37513
406 West 34th Street, Suite 810
Kansas City, Missouri 64111
(816) 756-5458
(816) 666-9596 FAX
sarah@brownandcurry.com

*/s/ Nicole Fisher*
NICOLE FISHER, #59341
Fisher Law LLC
1000 Broadway Blvd., 4th Floor
Kansas City, Missouri 64105
(816) 471-7008
(816) 471-1701 FAX
nicole@fisherlawkc.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed via the ECF Filing system causing a service copy to be sent electronically on July 13, 2016 to:

Steven F. Coronado
Merry M. Tucker
14 West Third Street, Suite 200
Kansas City, Missouri 64015
816-410-6600
816-337-3892 (Facsimile)
steve@coronadokatz.com
maggie@coronadokatz.com
ATTORNEYS FOR DEFENDANTS

*/s/ Sarah A. Brown*
ATTORNEY FOR PLAINTIFF